UNITED STATES of America, Plaintiff–Appellee

v.

Lonnie POYDRAS, Defendant–Appellant.

No. 11–30381.

United States Court of Appeals, Fifth Circuit.

April 30, 2012.

Helina S. Dayries, Assistant U.S. Attorney, Michael J. Jefferson, Esq., Assistant U.S. Attorney, Catherine M. Maraist, Assistant U.S. Attorney, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Christopher Albert Aberle, Mandeville, LA, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

After studying the briefs and record, and hearing oral argument, it is clear that

the district court erred in admitting the character evidence at issue, and that this error was harmful. We therefore REVERSE the defendant's conviction and REMAND for a new trial consistent with this opinion.

the limited circumstances set forth in 5TH CIR R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be